# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ZULMA I RODRIGUEZ RIVERA<br>PEDRO MARIN RECHES<br>　　　Debtor(s)<br><br>ZULMA I RODRIGUEZ RIVERA<br>PEDRO MARIN RECHES<br>　　　Plaintiff(s)<br>　　　Vs.<br>PUERTO RICO TELEPHONE COMPANY<br>　　　Defendant(s) | CASE NO. 09-06214 ESL<br>Chapter 7<br>ADV. NO. 09-0256<br><br><br><br><br>FILED & ENTERED ON 06/15/2010 |

## ORDER AND NOTICE

A hearing on damages is hereby scheduled for 08/03/2010 at 10:30 A.M.

The Clerk shall give notice to the parties in interest.

San Juan, Puerto Rico, this 15 day of June, 2010.

　　　　　　　　　　　　　　　　　Enrique S. Lamoutte Inclan
　　　　　　　　　　　　　　　　　U. S. Bankruptcy Judge

CC:　Debtor(s)
　　　O. Landron
　　　P. R. Telephone Co.
　　　W. Lugo Mender