IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ZULMA I RODRIGUEZ RIVERA
PEDRO MARIN RECHES
    Debtor(s)

Plaintiff

PUERTO RICO TELEPHONE COMPANY
    Defendant(s)

CASE NO. 09-06214 ESL

Chapter 7

ADVERSARY NO. 09-00256

FILED & ENTERED ON 08/02/2010

## PARTIAL JUDGMENT BY DEFAULT

Default was entered against defendant Puerto Rico Telephone Company on May 17, 2010.

Therefore, on motion of the plaintiff, judgment is entered against that defendant in favor of the plaintiff as follows:

IT IS ORDERED THAT:

Partial judgment by default is entered agains defendant as to their liability for personal damages, punitive damages, attorney's fees and contempt of court remedies under 362)k).

San Juan, Puerto Rico, this 02 day of August, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge