# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** ZULMA I RODRIGUEZ RIVERA and PEDRO MARIN RECHES
**Case Number:** 09-06214 ADV 09-00256-ESL          **Chapter:** 7
**Date / Time / Room:** 8/3/2010 10:30 AM eslcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** LILLIAN MORALES
**Reporter / ECR:** CARLOS APONTE

## Matter:

Doc# 18 Hearing on damages

## Appearances:

OTTO E LANDRON PEREZ - Lead counsel for the debtor ✓    Carlos Rodriguez Cocounsel
                                                        Witnesses: Zulma Rodriguez
                                                        Exhs 1, 2

## Proceedings:

ORDER:

___ The parties are granted ___ days to conclude discovery.

___ The parties are granted ___ days to file dispositive motions. Replies are due ___ days thereafter.

___ The motion to dismiss/for summary judgment must be opposed within ___ days. Replies are due ___ days thereafter.

___ The parties are granted ___ days to file a settlement agreement.

___ The pretrial hearing is continued to: _____.

___ Trial is scheduled for _____.

___ Plaintiff shall show cause within ___ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

___ Defendant shall show cause within ___ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

**X** Other: Court awards damages as follows:
1) $11,000 in actual damages for suffering and mental anguish ($1,000 × 11 = $11,000)
2) $33,000 in punitive damages
3) attorney's fees and costs to be filed within 10 days
4) Transcript of hearing requested

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge

| | Administrative Office of the United States Courts | | | | | |
|---|---|---|---|---|---|---|
| AO 432 (2/84) | **WITNESS AND EXHIBIT RECORD** | | | | | |

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| August 3, 2010 | Adv 09-256 | Lillian Morales | | | 2 | |
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| W1 Zulma Rodriguez Rivera | | 11:15 | — | — | — | 11:26 |
| Co-debtor in 09-06214 | | 11:27 | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE | |
|---|---|---|---|---|
| Exh 1 | PRTC Billing statements & Collection letters: | 11:17 | ✓ | (11:19) |
| | Aug 19, 2009 billing statement | | ✓ | (11:28) |
| | Sept 18, 2009 Letter from PRTCo. | | | |
| | Sept 19, 2009 billing statement | | | |
| | Oct 19, 2009 billing statement | | | |
| | Nov 4, 2009 Letter fr PRTCo. | | | |
| | Nov 19, 2009 billing statement | | | |
| | Dec 19, 2009 billing statement | | | |
| | Dec 23, 2009 Letter fr PRTCo. | | | |
| | Jan 21, 2010 Letter fr PRTCo. | | | |
| | April, 2010 Letter fr A+J Collection Agency, Inc. | | | |

→

| AO 432 (2/84) | Administrative Office of the United States Courts |
|---|---|

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| August 3, 2010 | Adv 09-256 | Lillian Morales | 2 of 2 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE | |
|---|---|---|---|---|
| EH 2 | Letter by Atty Otto Landron, dated Oct. 1, 2009, directed to PRTelCo. | 11:22 | ✓ | 11:26 |



PLAINTIFF'S EXHIBIT
1
Adv 09-0256

> Su factura refleja atrasos pendientes de pago. Estos deben pagarse en su totalidad en o antes del 10 SEP 2009. De no recibirse en esa fecha, su servicio será suspendido. La reconexión del mismo conlleva un cargo de veinticinco dólares ($25.00) y podría requerir un depósito adicional.

**ZULMA I RODRIGUEZ**
Cuenta 790-0496-005
Factura 19 AGO 2009
Página 1 de 4

PARA SERVICIOS LLAME AL:
**787-775-0000**
  Solicitud de Servicio Residencial/
  Negocio Pequeño
  Orientación de Factura
  Residencial/Negocios

**6-1-1**
  Reportar Averías de Residencias
  Contrato de Mantenimiento
  Residencias

**787 792-6262**
  Ventas Servicios a Empresas

**787 729-3131**
  Reportar Averías Negocios

Visítanos en:
www.telefonicapr.com

\* Para evitar una penalidad por balance vencido de 1.5% en su factura, el pago debe ser recibido en o antes de la fecha de vencimiento indicada.

| | |
|---|---:|
| **Balances en Atrasos o Créditos** | $315.67 |
| **Resumen de Cargos Corrientes** | |
| Servicios PRT | |
|   Renta Servicios Básicos Mensuales | 23.55 |
|   Acceso Línea Impuesto por la FCC | 6.50 |
|   Servicio Medido / Servicio Local | 0.00 |
|   Cargos Directorio | 0.00 |
|   WATS | 0.00 |
|   Uso de Información | 0.00 |
|   Otros Cargos y/o Créditos | 7.77 |
| Total de Servicios PRT | 37.82 |
| Total de Larga Distancia | 0.00 |
| TOTAL DE CARGOS CORRIENTES | 37.82 |
| Fecha de Vencimiento | 10 SEP 2009 |
| **TOTAL A PAGAR** | **$353.49** |

---

*Desprenda aquí y devuelva el talonario con su pago.*

| Total a pagar después del 13 SEP 2009 | Total a pagar en o antes del 10 SEP 2009 | Cantidad Enviada | CKDEV 00 |
|---|---|---|---|
| $358.79 | $353.49 | $ | |



ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO PR 00969-4518

Cuenta 790-0496-005    4
Factura 19 AGO 2009

PUERTO RICO TELEPHONE
PO BOX 71535
SAN JUAN PR 00936-8635

47900496005 00000035349    71535



ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO PR 00969

18 de Septiembre de 2009

Re: 787-790-0496

Estimado Cliente:

Su servicio telefónico fue suspendido recientemente, por no haberse recibido el pago del importe facturado dentro de la fecha límite. Nuestro deseo es servirle y evitar que su crédito sea afectado, por lo que la remesa de su pago $34.35 deberá recibirse en su totalidad inmediatamente.

Luego que se reciba el pago, procederemos a reconectarle su servicio telefónico y se aplicará un cargo de $25.00 por la reconexión del servicio, el cual se reflejará en su próxima factura. De no recibirse el pago, proveeremos la información a la entidad del negociado de crédito pertinente, en cuyo caso se afectará su crédito. De completarse la baja, usted perderá el número asignado y las facilidades utilizadas en dicha instalación. Posterior a la cancelación del servicio, usted recibirá una cuenta final por el balance adeudado el cual deberá ser saldado para obtener servicio nuevamente.

Para evitar que su crédito y su servicio se afecten, solicitamos el pago de la cantidad antes mencionada lo antes posible. Para efectuar el pago de manera inmediata utilizando una tarjeta de crédito, cheque o cuenta de ahorros o para aclarar cualquier duda, puede comunicarse con un representante de servicios llamando al **787-775-0000**.

Usted es un cliente importante para PRT. Si ya envió su pago, favor de hacer caso omiso a esta carta.

Cordialmente,

Departamento Tratamiento y Cobro

BN233

▷ *Su factura refleja atrasos pendientes de pago. Estos deben pagarse en su totalidad en o antes del 14 OCT 2009. De no recibirse en esa fecha, su servicio será suspendido. La reconexión del mismo conlleva un cargo de veinticinco dólares ($25.00) y podría requerir un depósito adicional.*



ZULMA I RODRIGUEZ
Cuenta  790-0496-005
Factura 19 SEP 2009
Página 1 de 4

**PARA SERVICIOS LLAME AL:**
**787-775-0000**
  Solicitud de Servicio Residencial/
  Negocio Pequeño
  Orientación de factura
  Residencial/Negocios

**6-1-1**
  Reportar Averías de Residencias
  Contrato de Mantenimiento
  Residencias

**787 792-6262**
  Ventas Servicios a Empresas

**787 729-3131**
  Reportar Averías Negocios

Visítanos en:
www.telefonicapr.com

---

\* *Para evitar una penalidad por balance vencido de 1.5% en su factura, el pago debe ser recibido en o antes de la fecha de vencimiento indicada.*

| | |
|---|---:|
| **Balances en Atrasos o Créditos** | $72.17 |
| **Resumen de Cargos Corrientes** | |
| **Servicios PRT** | |
|   Renta Servicios Básicos Mensuales | 23.55 |
|   Acceso Línea Impuesto por la FCC | 6.50 |
|   Servicio Medido / Servicio Local | 0.00 |
|   Cargos Directorio | 0.00 |
|   WATS | 0.00 |
|   Uso de Información | 0.00 |
|   Otros Cargos y/o Créditos | 4.11 |
| Total de Servicios PRT | 34.16 |
| Total de Larga Distancia | 0.00 |
| **TOTAL DE CARGOS CORRIENTES** | 34.16 |
| Fecha de Vencimiento | 14 OCT 2009 |
| **TOTAL A PAGAR** | **$106.33** |

---

*Desprenda aquí y devuelva el talonario con su pago.*

| Total a pagar después del 16 OCT 2009 | Total a pagar en o antes del 13 OCT 2009 | Cantidad Enviada | CKDEV  00 |
|---|---|---|---|
| $107.92 | $106.33 | $ | |

ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE  LOPATEGUI APT 14
GUAYNABO PR 00969-4518

Cuenta  790-0496-005   4
Factura 19 SEP 2009

PUERTO RICO TELEPHONE
PO BOX 71535
SAN JUAN PR 00936-8635

479004960005 000000010633      71535

Su factura refleja atrasos pendientes de pago. Estos deben pagarse en su totalidad en o antes del 10 NOV 2009. De no recibirse en esa fecha, su servicio será suspendido. La reconexión del mismo conlleva un cargo de veinticinco dólares ($25.00) y podría requerir un depósito adicional.



ZULMA I RODRIGUEZ
Cuenta  790-0496-005
Factura 19 OCT 2009
Página 1 de 4

PARA SERVICIOS LLAME AL:
**787-775-0000**
  Solicitud de Servicio Residencial/
  Negocio Pequeño
  Orientación de factura
  Residencial/Negocios

**6-1-1**
  Reportar Averías de Residencias
  Contrato de Mantenimiento
  Residencias

**787 792-6262**
  Ventas Servicios a Empresas

**787 729-3131**
  Reportar Averías Negocios

Visítanos en:
**www.telefonicapr.com**

\* *Para evitar una penalidad por balance vencido de 1.5% en su factura, el pago debe ser recibido en o antes de la fecha de vencimiento indicada.*

| | |
|---|---:|
| **Balances en Atrasos o Créditos** | $106.33 |
| **Resumen de Cargos Corrientes** | |
| Servicios PRT | |
|     Renta Servicios Básicos Mensuales | 23.55 |
|     Acceso Línea Impuesto por la FCC | 6.50 |
|     Servicio Medido / Servicio Local | 0.00 |
|     Cargos Directorio | 0.00 |
|     WATS | 0.00 |
|     Uso de Información | 0.00 |
|     Otros Cargos y/o Créditos | 4.58 |
| Total de Servicios PRT | 34.63 |
| Total de Larga Distancia | 0.00 |
| TOTAL DE CARGOS CORRIENTES | 34.63 |
| Fecha de Vencimiento | 10 NOV 2009 |
| **TOTAL A PAGAR** | **$140.96** |

---

*Desprenda aquí y devuelva el talonario con su pago.*

| Total a pagar después del 13 NOV 2009 $143.07 | Total a pagar en o antes del 10 NOV 2009 $140.96 | Cantidad Enviada $ | CKDEV  00 |

ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO PR 00969-4518



Cuenta  790-0496-005    4
Factura 19 OCT 2009

PUERTO RICO TELEPHONE
PO BOX 71535
SAN JUAN PR 00936-8635

47900496005 00000014096    71535



```
IIIɪɪɪlIɪɪɪIɪIɪɪɪlIɪIɪIɪɪɪlɪIɪIɪIɪɪɪIIIɪɪIɪI
```
ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO PR 00969

04 de Noviembre de 2009

RE: 787-790-0496

Estimado cliente:

Recientemente se completó la baja de servicio telefónico por falta de pago en el número de teléfono 787-790-0496. Deseamos informarle que si en un futuro decidiera solicitar servicio nuevamente, puede obtener el mismo rápidamente mediante nuestro **"Express Dial Tone"**, una innovadora herramienta de PRT que le permite tener servicio telefónico entre dos (2) y 48 horas luego de procesada su solicitud. También podrá economizar hasta $40.00 en el costo de instalación.

Para obtener servicio a través de **"Express Dial Tone"** verifique si la línea telefónica en su residencia o negocio tiene tono. De ser así, marque el 787-775-0000 (de lunes a viernes entre las 7:30 a.m. y las 6:00 p.m), y un Representante de Servicio gustosamente lo atenderá.

Le recordamos que es requisito mantener el conector modular en el lugar donde esta instalado y el pago de la deuda pendiente para su solicitud de servicio telefónico. Para facilitar esta gestión, ahora aceptamos pagos mediante tarjeta de crédito (Visa, Master Card y American Express) o cuenta de ahorros. Inmediatamente se procese el pago en nuestros sistemas, el Representante de Servicio procederá a obtener los datos necesarios para completar su solicitud de servicio. De esta manera, podrá disfrutar del servicio telefónico en sólo horas.

Atentamente,


Representante de Servicio

Departamento Tratamiento y Cobro

Puerto Rico Telephone

EDT001



| | |
|---|---|
| | ZULMA I RODRIGUEZ |
| | Cuenta 790-0496-005 |
| | Factura 19 NOV 2009 |
| | Página 1 de 4 |

▸ *Su factura refleja atrasos pendientes de pago. Estos deben pagarse en su totalidad en o antes del 14 DIC 2009. De no recibirse en esa fecha, su servicio será suspendido. La reconexión del mismo conlleva un cargo de veinticinco dólares ($25.00) y podría requerir un depósito adicional.*

**Cuenta Final**
I 04 D

PARA SERVICIOS LLAME AL:
**787-775-0000**
  Solicitud de Servicio Residencial/
  Negocio Pequeño
  Orientación de factura
  Residencial/Negocios

**6-1-1**
  Reportar Averías de Residencias
  Contrato de Mantenimiento
  Residencias

**787 792-6262**
  Ventas Servicios a Empresas

**787 729-3131**
  Reportar Averías Negocios

Visítanos en:
**www.telefonicapr.com**

| | |
|---|---:|
| **Balances en Atrasos o Créditos** | $140.96 |
| **Resumen de Cargos Corrientes** | |
| Servicios PRT | |
|     Renta Servicios Básicos Mensuales | 0.00 |
|     Acceso Línea Impuesto por la FCC | 0.00 |
|     Servicio Medido / Servicio Local | 0.00 |
|     Cargos Directorio | 0.00 |
|     WATS | 0.00 |
|     Uso de Información | 0.00 |
|     Otros Cargos y/o Créditos | 80.53 C |
| Total de Servicios PRT | 80.53 C |
| Total de Larga Distancia | 0.00 |
| **TOTAL DE CARGOS CORRIENTES** | 80.53 C |
| Fecha de Vencimiento | 14 DIC 2009 |
| **TOTAL A PAGAR** | **$60.43** |

---

*Desprenda aquí y devuelva el talonario con su pago.*

| Total a Pagar | Fecha de Vencimiento | Cantidad Enviada | CKDEV 00 |
|---|---|---|---|
| $60.43 | 14 DIC 2009 | $ | |

**FINAL**
ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO PR 00969-4518

**Cuenta** 790-0496-005    4
**Factura** 19 NOV 2009

PUERTO RICO TELEPHONE
PO BOX 71535
SAN JUAN PR 00936-8635

47900496005 00000006043    71535

▸ *Su factura refleja atrasos pendientes de pago. Estos deben pagarse en su totalidad en o antes del 12 ENE 2010. De no recibirse en esa fecha, su servicio será suspendido. La reconexión del mismo conlleva un cargo de veinticinco dólares ($25.00) y podría requerir un depósito adicional.*



ZULMA I RODRIGUEZ
**Cuenta** 790-0496-005
**Factura** 19 DIC 2009
**Página** 1 de 2

**Cuenta Final**
2 04 D

PARA SERVICIOS LLAME AL:
**787-775-0000**
   Solicitud de Servicio Residencial/
   Negocio Pequeño
   Orientación de factura
   Residencial/Negocios

**6-1-1**
   Reportar Averías de Residencias
   Contrato de Mantenimiento
   Residencias

**787 792-6262**
   Ventas Servicios a Empresas

**787 729-3131**
   Reportar Averías Negocios

Visítanos en:
**www.telefonicapr.com**

**Balances en Atrasos o Créditos**     $60.43

**Resumen de Cargos Corrientes**

Servicios PRT
| | |
|---|---|
| Renta Servicios Básicos Mensuales | 0.00 |
| Acceso Línea Impuesto por la FCC | 0.00 |
| Servicio Medido / Servicio Local | 0.00 |
| Cargos Directorio | 0.00 |
| WATS | 0.00 |
| Uso de Información | 0.00 |
| Otros Cargos y/o Créditos | 0.00 |

Total de Servicios PRT     0.00

Total de Larga Distancia     0.00

TOTAL DE CARGOS CORRIENTES     0.00

Fecha de Vencimiento     12 ENE 2010

**TOTAL A PAGAR**     **$60.43**

---

*Desprenda aquí y devuelva el talonario con su pago.*

| Total a Pagar | Fecha de Vencimiento | Cantidad Enviada | CKDEV | 00 |
|---|---|---|---|---|
| $60.43 | 12 ENE 2010 | $ | | |

**PRT**
Puerto Rico Telephone

*FINAL*
ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO PR 00969-4518

**Cuenta** 790-0496-005     4
**Factura** 19 DIC 2009

PUERTO RICO TELEPHONE
PO BOX 71535
SAN JUAN PR 00936-8635

47900496005 00000006043 71535



CUENTA FINAL 790-0496 005

ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO     PR 00969-4518

23 de diciembre de 2009

Estimado (a) señor (a):

Recientemente le notificamos el balance pendiente en su cuenta final ascendente a $60.43 sin embargo, aún su pago no ha sido recibido.

El mismo debe ser remitido dentro de los próximos diez (10) días a partir de la fecha de esta carta. De esta manera evitará que procedamos con la acción legal correspondiente aumentando la cantidad adeudada por concepto de intereses, gastos y honorarios de abogados además de afectar su historial de crédito.

Agradeceremos atención inmediata a este asunto. Favor de comunicarse con el que suscribe en el **774-4232** para cualquier aclaración adicional sobre su cuenta. Favor de remitir el pago a la siguiente dirección:

PUERTO RICO TELEPHONE CO.
P.O. Box 70239
San Juan, Puerto Rico
00936-8239

Cordialmente,

Coordinador de Crédito y Cobro

CX Departamento de Asuntos Legales

PD: SI EL PAGO FUE ENVIADO, FAVOR IGNORAR ESTA COMUNICACIÓN

BFP10000878

CSILC074.1      P.O. Box 70239 San Juan, Puerto Rico 00936-8239



790-0496 005

January 21, 2010

Dear Customer: ZULMA I RODRIGUEZ

In our previous letter we notified you regarding a pending balance in your final account with PRT in the amount of $60.43.

As of the date of this letter, we have not received the payment for the outstanding amount. If payment is not received, we will refer your account to an external Collection Agency. This may affect your credit rating.

As previously notified, all expenses, interests and attorney's fees incurred by our Company will increase your outstanding balance.

Please send your payment to the following address or contact us immediately.

PUERTO RICO TELEPHONE
P.O. BOX 70239
SAN JUAN, PUERTO RICO 00936-8239
Tel. (787) 774-4232

IF PAYMENT HAS BEEN ALREADY SENT, PLEASE DISREGARD THIS NOTICE.

Sincerely,

Final Accounts Coordinator

---

## PAYMENT COUPON FINAL ACCOUNT

ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE 1
57 AVE LOPATEGUI APT 14
GUAYNABO      PR 00969-4518

ACCOUNT NUMBER
790-0496 005

PAYMENT AMOUNT
$60.43

47900496005 00000000006043 71535



**Collection Agency, Inc.**
PO Box 1010 Camuy, PR 00627
Ruiz Gandía #157, Arecibo PR 00612
Tel. 787-880-5046/5047/5080/5081-787-881-9292

14 de abril de 2010

ZULMA I RODRIGUEZ
COND VILLAS DE PARKVILLE
57 AVE LOPATEGUI APT 14
GUAYNABO, PR 00969-4518

Referencia: 719373
RESIDENCIAL
No. Cuenta 7900496005

Tipo de cuenta: TELEFONO

Balance $60.43

Estimado señor (a):

Sea informado que PRTC ha contratado los servicios de nuestra AGENCIA para la gestión de cobro de la cuenta de referencia. La información suministrada por nuestro cliente indica que la cantidad adeudada es de $60.43. Esta deberá ser enviada a nuestra oficina.

De tener algún reparo a la validez de la deuda o a cualquier porción de ella, usted puede notificarlo verbal o por escrito durante el término de treinta (30) días a partir del recibo de esta carta. De llevar a cabo usted una reclamación durante este término, se le suplirá una verificación de la deuda que se reclama con el nombre completo y dirección del acreedor original, si el mismo es diferente al acreedor actual. En caso de que no se lleve a cabo una reclamación, se asumirá que la deuda es una válida, líquida y exigible y se continuará con el proceso de cobro correspondiente.

Esto es un intento de cobrar una deuda, cualquier información que sea obtenida será utilizada para estos fines.

Cualquier información adicional puede comunicarse a nuestros teléfonos o visitar nuestra oficina que con mucho gusto le atenderemos.

Cordialmente,

A & J COLLECTION AGENCY, INC.



## Landrón & Rodríguez Law Offices

P.O. Box 52044
Toa Baja, P.R. 00950-2044
Tel: 795-0390
Fax: 795-2693
e-mail: landron@prtc.net

01 de Octubre de 2009

Puerto Rico Telephone Company
Oficina de Quiebras
PO BOX 71535
San Juan PR 00936-8635

RE: Zulma I. Rodriguez Rivera
Pedro Marín Reches
Núm de Quiebras: 09-06214 ESL
Cuenta # 787-790-0496

Estimados señores:

Por la presente le indico que mis clientes de epígrafe radicaron una Petición de Capítulo 7 de Quiebras en el Tribunal Federal de Quiebras bajo el número de referencia el día 30 de julio de 2009. Tres cuentas de la Puerto Rico Telephone Company fueron incluidas en la petición y las mismas fueron notificadas por el Tribunal de Quiebras.

La Sra. Zulma Rodríguez, solicitó, por via telefónica, dar de baja el numero de telefono 787-790-0496 (por dos ocasiones) para el mes de Mayo de 2009. Fue informada que no lo podían dar de baja, que antes tenía que pagar lo que debía. Mis clientes, como todo cliente de su Compañía, tienen un depósito que es utilizado para esos fines y además de esto, podían facturar en su momento, si habia alguna deuda pendiente, pero no negar el que una persona se de de baja del servicio. Desde esa fecha mis clientes contrataron su cuenta telefónica con One Link y desde entonces tienen el servicio con esta compañía, con otro número de teléfono.

Estamos seguros que su Compañía sabe que no le están brindandio servicio a ese número telefónico, desde el mes de mayo, y aun asi han continuado cobrando todos esos meses sin dar el servicio.

Han estado ustedes violando el "Stay" de la Corte federal de Quiebras, cobrándole a mis clientes, deuda incluída en la Quiebra. Ayer dia 28 de septiembre recibieron una carta cobrándoles $34.35 más $25.00 por reconección del servicio, cuando ustedes saben que mis clientes no tienen ningún tipo de servicio con ustedes desde el mes de mayo de 2009 y por consiguiente, ningún tipo de deuda con su Compañía.

Con arreglo a la Sección 362 del Código de Quiebras y las ordenes del Tribunal, ustedes están automáticamente impedidos de realizar toda gestión de cobro por concepto de cualquier deuda de mi cliente.

Las cartas de su agencia cobrándole a mis clientes constituye una violación a las ordenes

del Tribunal de Quiebra.

Estamos dispuesto a resolver éste asunto extrajudicialmente antes de radicar la moción por violar el "stay". Esperamos oir de ustedes en las próximas dos semanas.

Atentamente,

Lcdo. Otto E. Landrón Pérez
Abogado del Deudor