IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ZULMA I. RODRIGUEZ RIVERA
PEDRO MARIN RECHES

Debtors

Case No. 09-06214 ESL

Chapter 7

ZULMA I. RODRIGUEZ RIVERA
PEDRO MARIN RECHES

Plaintiffs

Vs.

PUERTO RICO TELEPHONE COMPANY

Defendant

Adv. Proc. No.09-00256

## APPLICATION FOR ATTORNEY'S FEES
## FOR LEGAL SERVICES IN ADVERSARY PROCEDURE

The undersigned attorneys states that:

1. We are the attorneys for the Debtors/Plaintiffs in this adversary procedure.

2. Both attorneys are members of the Landrón & Rodríguez Law Offices representing the plaintiffs and both participated in the litigation of the case.

3. Rule 2016(a) of the Rules of Bankruptcy Procedure does not apply in this adversary procedure since no compensation or reimbursements are sought from the bankruptcy estate.

4. On August 2, 2010 this Court entered a partial judgment by

Zulma I. Rodríguez Rivera
Pedro Marín Reches
Adv. Proc. No. 09-00256 ESL
Application for Attorney's Fees

Page 2 of 2

default against defendant Puerto Rico Telephone Company as to their liability for attorney's fees (dkt.#23).

5. At the evidentiary hearing of August 3, 2010 this Court awarded attorney's fees and costs related to this case.

6. The attorneys hereby submit an itemized record of the services rendered described in detail in the attached invoice.

7. The undersigned have not shared or agreed to share with any other entity any compensation paid or to be paid.

**WHEREFORE,** Debtors' attorney hereby respectfully requests that this Honorable Court approve the attorney's fees in the amount of $12,040.00 as detailed in the attached invoice, as part of the damages awarded in the adversary procedure against Puerto Rico Telephone Company.

August 6, 2010

/s/ Otto E. Landrón Pérez

/s/ Carlo J. Rodríguez Puigdollers

Otto E. Landrón Pérez 202706
Carlo J. Rodríguez Puigdollers 227001
Landrón & Rodríguez Law Offices
Attorneys for Debtor
PO Box 52044
Toa Baja PR 00950-2044
Tel 795-0390 / Fax 795-2693
Email: landrodz@onelinkpr.net

LANDRON & RODRIGUEZ LAW OFFICES  P.O. Box 52044 Toa Baja PR 00950-2044 (787) 795-0390

**INVOICE**

Client: **Zulma I. Rodriguez Rivera**
**Pedro Marin Reches**

Adv. Proc. No.: **09-00256 ESL**

## DESCRIPTION OF WORK PERFORMED

| DATE | ATTY | DESCRIPTION | RATE | TIME | TOTAL |
|---|---|---|---|---|---|
| 08/22/09 | OEL | Counsel clients as to billing statement received from PRTC. | 200/00 | 30min | 100.00 |
| 09/22/09 | OEL | Review PRTC collection letter and billing statement and interview client to obtain pertinent data. | 200/hr | 30mn | 100.00 |
| 10/01/09 | OEL | Draft and mail letter to PRTC Bankruptcy Office objecting collection efforts. | 200/hr | 3hr | 600.00 |
| 10/22/09 | OEL | Review PRTC billing statement and counsel clients. | 200/hr | 30mn | 100.00 |
| 11/22/09 | OEL | Review PRTC billing statement and counsel client | 200/hr | 30mn | 100.00 |
| 12/15/09 | OEL | Legal research and draft complaint for violation of automatic stay | 200/hr | 5hr | 1,000.00 |
| 12/17/09 | OEL | Phone PRTC for information on president and address. Prepare adversary procedure cover sheet and summons. Final draft of complaint. | 200/hr | 4hr | 800.00 |
| 12/18/09 | OEL | Personally appear at Bankruptcy Court to file adversary procedure and present summons. | 200/hr | 2hr | 400.00 |
| 12/22/09 | OEL | Served PRTC with complaint and summons, drafted and filed certificate of service | 200/hr | 2hr | 400.00 |
| 02/10/10 | OEL | Legal research and draft of Application for Default Judgment | 200/hr | 4hr | 800.00 |
| 02/11/10 | OEL | Final draft of Application and file same | 200/hr | 2hr | 400.00 |
| 06/03/10 | CJRP | Preparation for pretrial hearing | 200/hr | 3hr | 600.00 |
| 06/04/10 | CJRP | Represent plaintiffs at pretrial hearing | 200/hr | 2hr | 400.00 |
| 06/25/10 | OEL | Research and draft of Application for Partial Judgment By Default as to Liability | 200/hr | 6hr | 1,200.00 |

2

| DATE | ATTY | DESCRIPTION | RATE | TIME | TOTAL |
|---|---|---|---|---|---|
| 06/30/10 | OEL | Final draft of Application for Partial Judgment by Default as to Liability and filing of same. | 200/hr | 3hr | 600.00 |
| 08/01/10 | OEL | Counsel with plaintiffs and legal research drafting interrogatories | 200/hr | 2hr | 400.00 |
| 08/02/10 | CJRP | Research, drafting interrogatories and preparation for hearing | 200/hr | 5hr | 1,000.00 |
| 08/02/10 | OEL | Research, drafting interrogatories, | 200/hr | 8hr | 1,600.00 |
| 08/03/10 | CJRP | Represent plaintiffs at evidentiary hearing | 200/hr | 2hr | 400.00 |
| 08/03/10 | OEL | Represent plaintiffs at evidentiary hearing | 200/hr | 2hr | 400.00 |
| 08/05/10 | OEL | Draft application for fees | 200/hr | 2hr | 400.00 |
| Various | SEC | Telephone calls and letters to plaintiffs, etc. | 60/hr | 4hr | 240.00 |
| | | TOTAL | | | 12,040 |

August 6, 2010
OEL = Lead Counsel
CJRP = Co-Counsel
SEC = Secretary

I hereby certify that this invoice is true and correct according to our files and work performed.

/s/ Otto E. Landrón Pérez, Esquire

/s/ Carlo J. Rodriguez Puigdollers, Esq.