IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ZULMA I. RODRIGUEZ RIVERA
PEDRO MARIN RECHES

 Debtors

CASE NO. 09-06214 ESL

Chapter 7

ADV. NO. 09-00256

ZULMA I. RODRIGUEZ RIVERA
PEDRO MARIN RECHES

 Plaintiff's

vs.

PUERTO RICO TELEPHONE COMPANY

 Defendants

## FINAL JUDGMENT

Judgment by default was entered against defendant Puerto Rico Telephone Company on August 02, 2010 (docket entry #23). Therefore, upon hearing on damages and order entered on August 3, 2010 (docket entry #24), it is now

ORDERED, ADJUDGED and DECREED that the Defendant will pay the plaintiff:

1.  $11,000 in actual damages for suffering and mental anguish ($1,000 X 11 = $11,000;

2.  $33,000 in punitive damages; and

3.  $12,040.00 for legal fees

IT IS SO ORDERED.

San Juan, Puerto Rico this 24th day of September 23, 2010.

ENRIQUE S. LAMOUTTE
U.S. BANKRUPTCY JUDGE