# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ZULMA I RODRIGUEZ RIVERA | CASE NO. 09-06214 ESL |
| PEDRO MARIN RECHES | CHAPTER 7 |
| Debtor(s) | ADVERSARY NO. 09-0256 |
| ZULMA I RODRIGUEZ RIVERA | |
| PEDRO MARIN RECHES | |
| Plaintiff | |
| PUERTO RICO TELEPHONE COMPANY | FILED & ENTERED ON 09/28/2010 |
| Defendant(s) | |

## ORDER

Debtors/plaintiff's application for legal fees (docket entry #27) is hereby granted

SO ORDERED.

San Juan, Puerto Rico, this 28 day of September, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
OTTO E LANDRON PEREZ
WIGBERTO LUGO MENDER
PUERTO RICO TELEPHONE COMPANY

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: feijoom             Page 1 of 1              Date Rcvd: Sep 28, 2010
Case: 09-00256                Form ID: pdf003           Total Noticed: 14

The following entities were noticed by first class mail on Sep 30, 2010.
  smg           DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
  smg           FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
  smg           PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
                SAN JUAN, PR   00918
  smg          +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
  ust          +EDWARD A. GODOY,   OFFICE OF THE U. S. TRUSTEE,   OCHOA BUILDING, 3RD FLOOR,
                500 TANCA STREET, SUITE 301,   SAN JUAN, PR 00901-1938
  ust          +JOSE CARLOS DIAZ-VEGA,   U.S. Trsutee,   Ochoa Building,   500 Tanca Street, Suite 301,
                San Juan, PR 00901-1938
  ust          +MONSITA LECAROZ ARRIBAS,   OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,
                500 TANCA STREET  SUITE 301,   SAN JUAN, PR 00901-1938
  ust          +MONSITA LECAROZ ARRIBAS (MM),   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
                500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
  ust          +NANCY PUJALS,   OFFICE OF THE US TRUSTEE,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
  ust          +OFFICE U.S. TRUSTEE,   EXECUTIVE OFFICE OF THE US TRUSTEE,   500 TANCA STREET,   SUITE 301,
                SAN JUAN, PR 00901-1938
  ust           WIGBERTO LUGO MENDER,   LUGO MENDER&CO,   CENTRO INTERNACIONAL DE MERCADEO,
                CARR 165 TORRE I SUITE 501,   GUAYNABO, PR  00968
  pla          +PEDRO MARIN RECHES,   VILLAS DE PARKVILLE I,   BOX 14,   GUAYNABO, PR 00970-0014
  dft          +PUERTO RICO TELEPHONE COMPANY,   ENRIQUE MONTELLANO, PRESIDENT,   PO BOX 360998,
                SAN JUAN, PR 00936-0998
  pla          +ZULMA I RODRIGUEZ RIVERA,   PO BOX 445,   CATANO, PR 00963-0445

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
  ust           TRACY N SCHROEDER,   US TRUSTEE OFFICE
  ust*         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**          **Signature:** _Joseph Speetjens_