IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ZULMA I. RODRIGUEZ RIVERA
PEDRO MARIN RECHES

    Debtors

ZULMA I. RODRIGUEZ RIVERA
PEDRO MARIN RECHES

    Plaintiff's

vs.

PUERTO RICO TELEPHONE COMPANY

    Defendants

CASE NO.09-06214 ESL

Chapter 7

ADV. NO. 09-00256

## FINAL JUDGMENT

Judgment by default was entered against defendant Puerto Rico Telephone Company on August 02, 2010 (docket entry #23). Therefore, upon hearing on damages and order entered on August 3, 2010 (docket entry #24), it is now

ORDERED, ADJUDGED and DECREED that the Defendant will pay the plaintiff:

1.    $11,000 in actual damages for suffering and mental anguish ($1,000 X 11 = $11,000;

2.    $33,000 in punitive damages; and

3.    $12,040.00 for legal fees

IT IS SO ORDERED.

San Juan, Puerto Rico this 24th day of September 23, 2010.

ENRIQUE S. LAMOUTTE
U.S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: feijoom               Page 1 of 1              Date Rcvd: Sep 28, 2010
Case: 09-00256                 Form ID: pdf003             Total Noticed: 14
```

The following entities were noticed by first class mail on Sep 30, 2010.
```
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR   00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +EDWARD A. GODOY,   OFFICE OF THE U. S. TRUSTEE,   OCHOA BUILDING, 3RD FLOOR,
             500 TANCA STREET, SUITE 301,   SAN JUAN, PR 00901-1938
ust         +JOSE CARLOS DIAZ-VEGA,   U.S. Trsutee,   Ochoa Building,   500 Tanca Street, Suite 301,
             San Juan, PR 00901-1938
ust         +MONSITA LECAROZ ARRIBAS,   OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,
             500 TANCA STREET  SUITE 301,   SAN JUAN, PR 00901-1938
ust         +MONSITA LECAROZ ARRIBAS (MM),   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
             500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +NANCY PUJALS,   OFFICE OF THE US TRUSTEE,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +OFFICE U.S. TRUSTEE,   EXECUTIVE OFFICE OF THE US TRUSTEE,   500 TANCA STREET,   SUITE 301,
             SAN JUAN, PR 00901-1938
ust          WIGBERTO LUGO MENDER,   LUGO MENDER&CO,   CENTRO INTERNACIONAL DE MERCADEO,
             CARR 165 TORRE I SUITE 501,   GUAYNABO, PR  00968
pla         +PEDRO MARIN RECHES,   VILLAS DE PARKVILLE I,   BOX 14,   GUAYNABO, PR 00970-0014
dft         +PUERTO RICO TELEPHONE COMPANY,   ENRIQUE MONTELLANO, PRESIDENT,   PO BOX 360998,
             SAN JUAN, PR 00936-0998
pla         +ZULMA I RODRIGUEZ RIVERA,   PO BOX 445,   CATANO, PR 00963-0445
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          TRACY N SCHROEDER,   US TRUSTEE OFFICE
ust*        +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**                         **Signature:** _Joseph Speetjens_