IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ZULMA I RODRIGUEZ RIVERA | CASE NO. 09-06214 ESL |
| PEDRO MARIN RECHES | CHAPTER 7 |
| Debtor(s) | ADVERSARY NO. 09-0256 |
| ZULMA I RODRIGUEZ RIVERA | |
| PEDRO MARIN RECHES | |
| Plaintiff | |
| PUERTO RICO TELEPHONE COMPANY | FILED & ENTERED ON 11/09/2010 |
| Defendant(s) | |

**ORDER**

Plaintiff's motion requesting entry of order for execution of judgment and issuance of writ (docket entry #35) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of November, 2010.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    OTTO E LANDRON PEREZ
    WIGBERTO LUGO MENDER
    PUERTO RICO TELEPHONE COMPANY