IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ZULMA I RODRIGUEZ RIVERA | CASE NO. 09-06214 ESL |
| PEDRO MARIN RECHES | CHAPTER 7 |
| Debtor(s) | ADVERSARY NO. 09-0256 |
| ZULMA I RODRIGUEZ RIVERA | |
| PEDRO MARIN RECHES | |
| Plaintiff | |
| PUERTO RICO TELEPHONE COMPANY | FILED & ENTERED ON 11/09/2010 |
| Defendant(s) | |

### ORDER

Plaintiff's motion requesting entry of order for execution of judgment and issuance of writ (docket entry #35) is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of November, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
    OTTO E LANDRON PEREZ
    WIGBERTO LUGO MENDER
    PUERTO RICO TELEPHONE COMPANY

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: feijoom              Page 1 of 1              Date Rcvd: Nov 09, 2010
Case: 09-00256                 Form ID: pdf003            Total Noticed: 14
```

The following entities were noticed by first class mail on Nov 11, 2010.
```
smg            DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg            FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg            PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR  00918
smg           +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
ust           +EDWARD A. GODOY,    OFFICE OF THE U. S. TRUSTEE,    OCHOA BUILDING, 3RD FLOOR,
               500 TANCA STREET, SUITE 301,    SAN JUAN, PR 00901-1938
ust           +JOSE CARLOS DIAZ-VEGA,    U.S. Trsutee,    Ochoa Building,    500 Tanca Street, Suite 301,
               San Juan, PR 00901-1938
ust           +MONSITA LECAROZ ARRIBAS,    OFFICE OF THE US TRUSTEE (UST),    OCHOA BUILDING,
               500 TANCA STREET  SUITE 301,    SAN JUAN, PR 00901-1938
ust           +MONSITA LECAROZ ARRIBAS (MM),    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,
               500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
ust           +NANCY PUJALS,    OFFICE OF THE US TRUSTEE,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
ust           +OFFICE U.S. TRUSTEE,    EXECUTIVE OFFICE OF THE US TRUSTEE,    500 TANCA STREET,    SUITE 301,
               SAN JUAN, PR 00901-1938
ust            WIGBERTO LUGO MENDER,    LUGO MENDER&CO,    CENTRO INTERNACIONAL DE MERCADEO,
               CARR 165 TORRE I SUITE 501,    GUAYNABO, PR  00968
pla           +PEDRO MARIN RECHES,    VILLAS DE PARKVILLE I,    BOX 14,    GUAYNABO, PR 00970-0014
dft           +PUERTO RICO TELEPHONE COMPANY,    ENRIQUE MONTELLANO, PRESIDENT,    PO BOX 360998,
               SAN JUAN, PR 00936-0998
pla           +ZULMA I RODRIGUEZ RIVERA,    PO BOX 445,    CATANO, PR 00963-0445
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            TRACY N SCHROEDER,    US TRUSTEE OFFICE
ust*          +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2010**                      **Signature:** *Joseph Speetjens*