IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ZULMA I. RODRIGUEZ RIVERA<br>PEDRO MARIN RECHES<br>Debtors<br><br>ZULMA I. RODRIGUEZ RIVERA<br>PEDRO MARIN RECHES<br>Plaintiffs<br><br>v<br><br>PUERTO RICO TELEPHONE<br>COMPANY<br>Defendants | Case No. 09-06214 ESL<br><br>Chapter 7<br><br><br>Adv. Proc. No. 09-00256 ESL |

## ORDER DIRECTING ISSUANCE OF WRIT OF EXECUTION, GARNISHMENT AND SEIZURE

Upon the motion filed by plaintiff herein for the execution of the Judgment entered by this Court on September 28, 2010, and it appearing from the records of this Court and from plaintiff's motion that the defendants, Puerto Rico Telephone Company, failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment; and it appearing further that more than ten (10) days have elapsed from the entry of final judgment and that plaintiff is entitled to execute the judgment issued by this court:

Now therefore, Plaintiff's motion for an order of execution of judgment is hereby GRANTED.

IT IS HEREBY ORDERED:

That the personal property, jewels, boats, municipal license, motor vehicles, salaries, assets, bank accounts, certificate of deposits, liquors, paintings, electric equipment, all equipment

at the establishment, accounting books, cars, motor vehicles, stocks, real estate, real property, cash, assets and other credits of defendants, Puerto Rico Telephone Company, of value not exceeding $56,040.00, plus post-judgment interests, be attached, garnished, or seized to secure the satisfaction of the judgment, whether the personal property be in their possession or in the possession of third parties upon which the instant order is served; and is further

ORDERED that the United States Marshals be allowed to open any door or locks by use of the necessary force in order to proceed with the writ of attachment, garnishment and seizure; and is further

ORDERED that defendants are hereby prohibited from tampering or encumbering in any form or manner any personal or real property in favor of third parties; and is further

ORDERED that the United States Marshal proceed with the execution of said judgment by attachment of defendants property in the amount that would satisfy the judgment; and is further

ORDERED that the clerk of this Court issues a Writ of Attachment addressed to the respective custodian of the described property and deliver said Writ to Otoniel Cruz Rivera whose mailing address is HC 72 Box 3766, PMB 146, Naranjito, PR 00719, directing the attachment, garnishment and seizure of the property designated by plaintiff.

IT IS ORDERED.

In San Juan, Puerto Rico, this 9th day of November, 2010.

_____
ENRIQUE S. LAMOUTTE
U.S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: feijoom            Page 1 of 1                Date Rcvd: Nov 09, 2010
Case: 09-00256                Form ID: pdf003          Total Noticed: 14
```

The following entities were noticed by first class mail on Nov 11, 2010.
```
smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
smg          +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
ust          +EDWARD A. GODOY,    OFFICE OF THE U. S. TRUSTEE,    OCHOA BUILDING, 3RD FLOOR,
              500 TANCA STREET, SUITE 301,    SAN JUAN, PR 00901-1938
ust          +JOSE CARLOS DIAZ-VEGA,    U.S. Trsutee,    Ochoa Building,    500 Tanca Street, Suite 301,
              San Juan, PR 00901-1938
ust          +MONSITA LECAROZ ARRIBAS,    OFFICE OF THE US TRUSTEE (UST),    OCHOA BUILDING,
              500 TANCA STREET  SUITE 301,    SAN JUAN, PR 00901-1938
ust          +MONSITA LECAROZ ARRIBAS (MM),    OFFICE OF THE US TRUSTEE,    OCHOA BUILDING,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
ust          +NANCY PUJALS,    OFFICE OF THE US TRUSTEE,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
ust          +OFFICE U.S. TRUSTEE,    EXECUTIVE OFFICE OF THE US TRUSTEE,    500 TANCA STREET,    SUITE 301,
              SAN JUAN, PR 00901-1938
ust           WIGBERTO LUGO MENDER,    LUGO MENDER&CO,    CENTRO INTERNACIONAL DE MERCADEO,
              CARR 165 TORRE I SUITE 501,    GUAYNABO, PR  00968
pla          +PEDRO MARIN RECHES,    VILLAS DE PARKVILLE I,    BOX 14,    GUAYNABO, PR 00970-0014
dft          +PUERTO RICO TELEPHONE COMPANY,    ENRIQUE MONTELLANO, PRESIDENT,    PO BOX 360998,
              SAN JUAN, PR 00936-0998
pla          +ZULMA I RODRIGUEZ RIVERA,    PO BOX 445,    CATANO, PR 00963-0445
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           TRACY N SCHROEDER,    US TRUSTEE OFFICE
ust*         +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2010**                    **Signature:** *Joseph Speetjens*