IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>ZULMA I. RODRIGUEZ RIVERA<br>PEDRO MARIN RECHES<br>Debtors<br><br>ZULMA I. RODRIGUEZ RIVERA<br>PEDRO MARIN RECHES<br>Plaintiffs<br><br>v<br><br>PUERTO RICO TELEPHONE<br>COMPANY<br>Defendants | Case No. 09-06214 ESL<br><br>Chapter 7<br><br>Adv. Proc. No. 09-00256 ESL |

## WRIT OF ATTACHMENT, SEIZURE AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA
THE UNITED STATES OF AMERICA
THE COMMONWEALTH OF PUERTO RICO

TO:   OTONIEL CRUZ RIVERA
      PROCESS SERVER DESIGNATED BY THE COURT TO EXECUTE
      THE WRIT OF ATTACHMENT, GARNISHMENT AND SEIZURE, AND
      UNITED STATES MARSHALS

WHEREAS, an order directing issuance of Writ of Attachment, Garnishment and Seizure of the properties of defendant Puerto Rico Telephone Company, has been entered in this case, which Order reads as follows:

"Upon the motion filed by plaintiff herein for the execution of the Judgment entered by this Court on September 28, 2010, and it appearing from the records of this Court and from plaintiff's motion that the defendants, Puerto Rico Telephone

Company, failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment; and it appearing further that more than ten (10) days have elapsed from the entry of judgment and that plaintiff is entitled to execute the judgment issued by this court:

Now therefore, Plaintiff's motion for an order of execution of judgment is hereby GRANTED.

IT IS HEREBY ORDERED:

That the personal property, jewels, boats, municipal license, motor vehicles, salaries, assets, bank accounts, certificate of deposits, liquors, paintings, electric equipment, all equipment at the establishment, accounting books, cars, motor vehicles, stocks, real estate, real property, cash, assets and other credits of defendants, Puerto Rico Telephone Company, of value not exceeding $56,040.00, plus post-judgment interests, be attached, garnished, or seized to secure the satisfaction of the judgment, whether the personal property be in their possession or in the possession of third parties upon which the instant order is served; and is further

ORDERED that the United States Marshals be allowed to open any door or locks by use of the necessary force in order to proceed with the writ of attachment, garnishment and seizure; and is further

ORDERED that defendants are hereby prohibited from tampering or encumbering in any form or manner any personal or real property in favor of third parties; and is further

ORDERED that the United States Marshal proceed with the execution of said judgment by attachment of defendants property in the amount that would satisfy the judgment; and is further

ORDERED that the clerk of this Court issue a Writ of Attachment addressed to the respective custodian of the described property and deliver said Writ to Otoniel Cruz Rivera whose mailing address is HC 72 Box 3766, PMB 146, Naranjito, PR 00719, directing the attachment, garnishment and seizure of the property designated by plaintiff.

IT IS ORDERED.

In San Juan, Puerto Rico, this 9th day of November, 2010.

— Signed —
ENRIQUE S. LAMOUTTE
U.S. BANKRUPTCY JUDGE

NOW THEREFORE, the Clerk of this Court is ordered to issue the writ of attachment, garnishment and seizure to Otoniel Cruz Rivera and to the United States Marshals to proceed with its execution.

In San Juan, Puerto Rico, this 15th day of November, 2010.

CLERK
U.S. Bankruptcy Court