1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: 09-06214(ESL) |
|---|---|
| ZULMA I. RODRÍGUEZ-RIVERA | ADV. NO.: 09-0256 |
| PEDRO MARÍN-RECHES, | |
| RODRÍGUEZ-RIVERA, et al, | |
| Plaintiff | August 3, 2010 |
| vs | Old San Juan, Puerto Rico |
| PUERTO RICO TELEPHONE COMPANY, | |
| Defendant | |
| CONTESTED MATTER | |

**ADVERSARY PROCEEDING**

HELD BEFORE THE HONORABLE ENRIQUE S. LAMOUTTE
UNITED STATES BANKRUPTCY COURT JUDGE
FEDERAL COURTHOUSE, OLD SAN JUAN, PUERTO RICO

APPEARANCES:

FOR DEBTOR        :    Otto Landrón, Esq.

FOR PLAINTIFF     :    Carlos Rodríguez, Esq.

CERTIFIED TRANSCRIBERS INC.
1075 Carr. 2 Cond. Plaza Suchville #302
Bayamon, Puerto Rico 00959
Tel. # (787)783-6623

P R O C E E D I N G S

(11:38 A.M.)

**PARTIAL TRANSCRIPT**

1 THE COURT: Thanks. I was just
2 checking to close the matter.
3     I have reviewed all the documents
4 relative to this Adversary Proceeding requesting...
5 or for Violation of the Automatic Stay against
6 Defendant Puerto Rico Telephone Company, and I don't
7 have any questions.
8     I have again reviewed the Issue of
9 Notice because the Defendant has not appeared in
10 this case for any matter. As a matter of fact, I
11 don't see any Proof of Claim filed by Puerto Rico
12 Telephone Company.
13     Although, in the schedules, Puerto Rico
14 Telephone Company is included as an Unsecured
15 Creditor holding for a Claim on two telephone lines,
16 and specifically the ones in question here as to
17 Exhibit 1 and 2 presented by the Debtors.
18     Again, I reviewed, and there's a
19 Certificate of Service, which is showing that the
20 Complaint was served on Mr. Enrique Montellano,
21 President of Puerto Rico Telephone Company, of

Page 3

1  Puerto Rico Telephone Company's failure to respond.
2            Default was entered, and Judgement...
3  Partial Judgement has been entered finding Puerto
4  Rico Telephone Company liable by default.
5            And, as I said, I have reviewed the
6  Bankruptcy Petition and Schedules, and it appears
7  that Puerto Rico Telephone Company was, indeed,
8  included and given notice of the Petition.
9            The Complaint for Violation of the
10 Automatic Stay was filed on December 18, 2009. It
11 stands unopposed, so the allegations in the same are
12 deemed admitted, and particularly paragraph three:
13       "The Defendant, Puerto Rico Telephone
14       Company, was named in Schedule F of the
15       Petition as a Creditor with a security of
16       priority. The Defendant is a Creditor of the
17       Debtors by virtue of a lease of a residential
18       telephone line number (787)790-0496.".
19           I have corroborated the Schedules, and
20 that is a fact, in addition to it being uncontested
21 by Defendant. It appears from the record that an
22 Order for Relief was entered on July 30, 2009,
23 pursuant to the Chapter 7 Petition filed by the
24 Debtors.
25           The testimony of Ms. Zulma Rodríguez

corroborates the allegations in paragraph five, that:

> "On two occasions during the month of May, 2009, prior to filing the Bankruptcy Petition, Debtors requested PRTC to disconnect the line.
>
> During the month of May, Debtors installed another telephone line with another telephone company, and have not been able to use the PRTC line since.
>
> Debtors assumed that the line was disconnected. That, in spite of having been notified by the Court of the filing of the case and the effect upon Creditors, PRTC continued sending monthly billing statements on August 19th, September 19th, October 19th, and letters collecting the debt, copies of which are attached as Exhibits A, B and C.".

So, what appears as Exhibit 1 in this case was attached to the Complaint, which was served on the Defendant, Puerto Rico Telephone Company. So, the Defendant was appraised of the allegations and the supporting documents at the time that the Complaint was filed.

> "On September 18, 2009, the Defendant, by its agents and employees from the *Departamento*

CERTIFIED TRANSCRIBERS INC.
1075 Carr. 2 Cond. Plaza Suchville #302
Bayamon, Puerto Rico 00959
Tel. # (787)783-6623

> *de Tratamiento y Cobros*, sent a letter to the
> Debtor at her home address.". That appears also
> in Exhibit 1.

> "On October 1, 2009, the undersigned
> Counsel for the Debtor sent a first class
> letter to the Defendant informing it of the
> filing of the Petition and describing the
> provisions of Section 362(a)."

A copy of that letter is attached here to Exhibit E. So, the letter by Counsel was attached to the Complaint, served on the Puerto Rico Telephone Company. That letter has also been introduced in evidence as Exhibit 2 in these... at this hearing.

> "That at no time did any agent or employee
> of the Defendant communicate or attempt to
> communicate with the Debtors' undersigned
> Counsel or knew or had reason to know that the
> Debtors were represented by him."

So, those are the allegations on the Complaint. They're uncontested, and they are corroborated by the record and the testimony of Ms. Zulma Rodríguez, who, in addition, has stated that she suffers from a life-threatening illness that has consumed Pre-Petition and currently all income.

That the basic reason for filing the Bankruptcy Petition was because they did not... since they were spending all the money in treating her condition, she needed peace and had to avoid stress.

The Puerto Rico Telephone Company tried to collect the debt every month. That's in the exhibits submitted. She felt stressed, sad and impotent, and called her Attorney upon receiving the first collection letter.

The Attorney indicated that she should wait to see if there is a second attempt before doing anything. The second attempt came, and, as a result thereof, the Attorney wrote the Puerto Rico Telephone Company to cease collection efforts. That's Exhibit 2.

The collection efforts continued. Ms. Rodríguez feels that her recuperation is impossible on account of the stress. And, that, subsequently, she received a call from a collection agency attempting to collect the debt.

I have reviewed the Claim Register, and Puerto Rico Telephone Company has not filed a Claim, although they were included as a Creditor.

I have reviewed separate statements

```
 1  filed in Exhibit 1. I think they're inconsistent in
 2  the way they apply payments and the way they
 3  indicate arrears. So, that's the fact on scenario
 4  leading.
 5              Now, as to how much in damages should
 6  be awarded, as I understand upon closing, the
 7  Debtors are requesting one thousand dollars for each
 8  violation. For eleven violations, that would be
 9  eleven thousand dollars.
10              They're also requesting an additional
11  fifty thousand dollars for punitive damages and
12  attorneys' fees in the amounts to be requested as
13  per honorification (phonetic) to be filed.
14       MR. RODRÍGUEZ:      And, an additional
15  fifty thousand dollars for Contempt of Court
16  remedies.
17       THE COURT:      And, why different from
18  punitive?
19       MR. RODRÍGUEZ:      They are now being
20  allowed and added on to the remedies for the
21  Debtors, who are victims of the Violation of the
22  Automatic Stay. And, in our... excuse me... in our
23  Application for Partial Judgement of Default, we
24  explained it as a matter of law. If it pleases the
25  Court, I would go ahead and read it.
```

8

1  "In addition to remedies under Section
2  362(k), the Debtor also has remedies for
3  Violation of the Automatic Stay as Contempt of
4  Court Order.
5  It is quite clear that the Violation of the
6  Stay constitutes Contempt of Court..."... no,
7  excuse me, I'm sorry, we're in the Contempt of
8  Court (phonetic). I apologize.
9  That would be in the case of Jovet
10 Engineers, Inc. versus Internal Revenue Service, 92
11 Federal 3rd, 1539, 11th Circuit. In 1996, that
12 decision was handed down. Also it states here:
13  "The legislative history, in Section
14  362(k), makes clear that Congress was granting
15  an additional remedy to Debtors beyond those
16  already in existence.".
17 And, that would be 130 Congress Record
18 Hearing, 1942. It's also stated in Inre: Skinner,
19 917 Federal 2nd, 444 of the 10th Circuit, a 1990
20 decision. Those would be the arguments in law for
21 asking damages in terms of Contempt of Court.
22  THE COURT:        You mentioned eleven
23 instances of collection. I have ten documents.
24  MR. RODRÍGUEZ:        And, the phone call.
25  THE COURT:        Oh, and the phone call.

1  MR. RODRÍGUEZ: That's after having
2  referred the account to a collection agency. They're
3  the last two communications.
4  THE COURT: Damages are assessed as
5  follows. One thousand dollars for each violation,
6  for eleven thousand dollars, three times that amount
7  as punitive damages. That's thirty-three thousand
8  dollars, plus attorneys' fees to be filed with the
9  Court within ten days. And, the Court requests a
10 transcript of this Court's Findings and Conclusions.
11 MR. RODRÍGUEZ: Permission to be
12 excused, sir.
13 THE COURT: You're excused.
14 MR. RODRÍGUEZ: Thank you. Have a
15 good day.
16 THE COURT: Court recesses till two
17 o'clock.
18                                           (11:51 A.M.)
19    (Whereupon, the hearing in the above-
20 entitled matter was terminated.)
21
22
23
24
25

```
 1                TRANSCRIBER CERTIFICATION
 2
 3        I, CRYSTAL INCHAUSTEGUI BREAZ, Transcriber,
 4   do hereby certify that the foregoing transcript was
 5   transcribed by me to the best of my abilities.
 6
 7        I CERTIFY that all "(inaudible)" were
 8   carefully reviewed and found to be as written.
 9
10        I FURTHER CERTIFY that I am not interested
11   in the outcome of the case mentioned in said
12   caption.
13
14        WITNESS MY HAND this 20 day of the month of
15   August, 2010 in San Juan, Puerto Rico.
16
17                     S/ CRYSTAL INCHAUSTEGUI
18                     CRYSTAL INCHAUSTEGUI BREAZ
19
20   I, DIANE BREAZ, RPR and Official Court Reporter for
21   the District Court of Puerto Rico, certify that the
22   foregoing transcript has been verified and certified
23   by me.
24                     S/ DIANE BREAZ
25                     DIANE BREAZ
```

CERTIFIED TRANSCRIBERS INC.
1075 Carr. 2 Cond. Plaza Suchville #302
Bayamon, Puerto Rico 00959
Tel. # (787)783-6623