IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ZULMA I. RODRIGUEZ RIVERA<br>FREDERIC MARIN RECHES<br><br>Debtors. | CASE NO.: 09-06214 (ESL)<br><br>CHAPTER 7 |
| ZULMA I. RODRIGUEZ RIVERA<br>FREDERIC MARIN RECHES<br><br>Plaintiffs,<br><br>vs.<br><br>PUERTO RICO TELEPHONE COMPANY<br><br>Defendants. | ADVERSARY NO.: 09-00256 (ESL) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW, McConnell Valdés LLC and hereby informs that it will be representing Puerto Rico Telephone Company ("PRTC") in this case. Therefore, it is very respectfully requested that copies of all motions and orders filed or entered in this case be served upon them at the following address:

Antonio A. Arias-Larcada, Esq.
McConnell Valdés LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone No. (787) 250-5604
Telecopier No. (787) 759-2771

WHEREFORE, McConnell Valdés LLC most respectfully requests from this Honorable Court to take notice of the above and to order that copies of all motions, orders or pleadings filed herein be served upon Antonio A. Arias-Larcada, Esq.

I HEREBY CERTIFY that on this same date, I electronically filed a copy of the foregoing motion with the Clerk of the U.S. Bankruptcy Court for the District of Puerto Rico

using the CM/ECF system which will send electronic notice to counsel for debtor and any of the CM/ECF interested participant.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of December, 2010.

**McCONNELL VALDÉS LLC**
Attorneys for
PRTC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, PR 00936-4225
Telephone: (787) 250-5604/250-5622
Fax: (787) 759-2771/759-2733
aaa@mcvpr.com


By: S/Antonio A. Arias-Larcada
Antonio A. Arias-Larcada
USDC PR No. 204906