IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 09-06214 (ESL) |
| ZULMA I. RODRIGUEZ RIVERA<br>FREDERIC MARIN RECHES | |
| Debtors. | CHAPTER 7 |
| ZULMA I. RODRIGUEZ RIVERA<br>FREDERIC MARIN RECHES | |
| Plaintiffs, | ADVERSARY NO.: 09-00256 (ESL) |
| vs. | |
| PUERTO RICO TELEPHONE COMPANY | |
| Defendants. | |

## CO-COUNSEL'S NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW, through undersigned counsel, Puerto Rico Telephone Company ("PRTC"), a defendant in this case and secured creditor of the Debtor, confirms its appearance herein pursuant to Bankr. R. 9010 (b), and requests that copies of all future notices, pleadings, and all other filings in this case be served upon the undersigned as co-counsel of Antonio A. Arias-Larcada, Esq.; and that the undersigned be added to the Master List maintained by the Clerk.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed a copy of the foregoing motion with the Clerk of the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF system which will send electronic notice to counsel for debtors and any of the CM/ECF interested participant.

In San Juan, Puerto Rico, on this 2[th] day of December, 2010.

**McCONNELL VALDES LLC**
Attorneys for
PRTC
270 Muñoz Rivera
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Tel. (787) 250-5681
Fax (787) 759-2783

<u>S/ Yarilyn C. Pérez-Colón</u>
Yarilyn C. Pérez-Colón
USDC No. 224514
ycp@mcvpr.com